Eastern District of Kentucky
FILED
MAY 26 2005
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CRIMINAL ACTION NO. 02-53

UNITED STATES OF AMERICA,     PLAINTIFF

v.     **<u>ORDER</u>**

CHARLES BAKER,     DEFENDANT

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the Defendants' Supervised Release violation Report filed by the United States Probation Office and the Report and Recommendation [DE #55] made by the United States Magistrate Judge with objection and response time being waived. Accordingly, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's report and recommendation.

Therefore, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that

(1) the Magistrate Judge's Report and Recommendation [DE #55] is ADOPTED as and for the opinion of the Court;

(2) the Defendant's supervised release is REVOKED and shall remain in custody of the Bureau of Prisons for a term of 10 months.

(3) The Defendant's imprisonment shall NOT be followed by any term of supervised release.

This the 26th day of May, 2005.

*Karen Caldwell*
KAREN K. CALDWELL, JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY